IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CALVIN B. JAMES,

    Plaintiff,

v.

UNITED STATES DISTRICT COURT,

    Defendant.

CIVIL ACTION NO.: 4:19-cv-217

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's September 18, 2020, Report and Recommendation, (doc. 5), to which plaintiff has not filed objections. Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc.5), and **DISMISSES** this case. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 20th day of December, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA