AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CALVIN B. JAMES,

   Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:19-cv-217

UNITED STATES DISTRICT COURT,

   Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order dated December 21, 2020, adopting the Report and Recommendation of the U.S. Magistrate Judge as the opinion of this Court, judgment is hereby entered dismissing Plaintiff's case. This case stands closed.

Approved by: _____

December 30, 2020
Date

John E. Triplett, Acting Clerk
Clerk

(By) Deputy Clerk

GAS Rev 10/2020